IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID M. SCATES, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:17cv621-MHT (WO) |
| WALTER WOODS, Warden, | ) ) | |
| Respondent. | ) | |

**OPINION**

Pursuant to 28 U.S.C. § 2241, petitioner, a federal prisoner, filed this lawsuit seeking to challenge matters associated with obtaining a two-day furlough, receiving copies of administrative remedy indexes, and his ability to publish under a byline. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be dismissed without prejudice to petitioner's right to file an appropriate civil action regarding the matters challenged in the petition. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2017.

                                          /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**