IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID M. SCATES, | ) | |
| Petitioner, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv621-MHT |
| | ) | (WO) |
| WALTER WOODS, Warden, | ) ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(2) The 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. no. 1) is dismissed without prejudice to petitioner's right to file an appropriate civil action regarding the matters challenged in the petition.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of November, 2017.

                               /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE